MARY C. STEINHEAUSER, as Substituted Assignee, etc.,
Respondent, *v.* JOHN MASON, Appellant.

(Argued April 11, 1893; decided April 25, 1893.)

APPEAL from judgment of the General Term of the Court
of Common Pleas for the city and county of New York,
entered upon an order made June 6, 1892, which affirmed a
judgment in favor of plaintiff, entered upon the report of a
referee.

*Franklin Bien* for appellant.

*Abram Kling* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.